UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) C.A. No. 1:20-cr-088-JJM-LDA ) |
| MICHAEL MOLLER, Defendant. | ) ) ) |

ORDER

Michael J. Moller[1] has filed three motions: Second Motion for Relief under Fed. R. Civ. P 60(B) (ECF No. 268); Motion for Release on Bond Pending Appeal (ECF No. 269); and Motion to Reduce Sentence–Compassionate Release under 18 U.S.C. § 3582(C)(1)(A) (ECF No. 273).

Each of these three motions repeats the same arguments that he has raised since his conviction, which the Court (through three judges) has rejected. There is no legal or factual basis for the Court to reconsider these prior rulings and therefore the Court DENIES the Second Motion for Relief

---

[1] Defendant Michael J. Moller was sentenced to 70 months of imprisonment on a bank fraud charge (ECF No. 42) and 12 months plus one day of imprisonment to be served consecutively for violating the terms of his supervised release on a previous bank robbery conviction. (ECF No. 21 in Case No. CR-20-81) The bank fraud charge related to a scheme to defraud financial institutions during the pandemic by submitting fraudulent Paycheck Protection Program ("PPP") loan applications in his name and in the names of others. Mr. Moller submitted 11 fraudulent PPP loan applications seeking more than $4.7 million in funds and received $699,251 in illicit funds. He is projected to be released from custody on August 3, 2026.

Under Fed. R. Civ. P 60(B) (ECF No. 268) and the Motion to Reduce Sentence– Compassionate Release Under 18 U.S.C. 3582(C)(1)(A) (ECF No. 273).

The Court also DENIES his Motion for Release on Bond Pending Appeal (ECF No. 269). There is no statutory, common-law, or factual basis for releasing Mr. Moller now – the Court did not grant his habeas (thus Fed. R. App 23(c) does not apply), and there is little or no likely hood that he will succeed on appeal.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court

November 18, 2025